### JUENGST et al. v. HILL PUB. CO.

(Circuit Court of Appeals, Second Circuit. May 28, 1920.)

#### No. 223.

Appeal from the District Court of the United States for the Southern District of New York.

Action by Charles A. Juengst and another, a copartnership doing business under the name and style of George Juengst & Sons, against the Hill Publishing Company. From a decree (267 Fed. 428) finding the patent in suit valid, but infringed as to only one claim, plaintiffs appeal. Affirmed.

James B. Liberman (Axel V. Beeken, of New York City, of counsel), for appellants.

Rogers, Kennedy & Campbell and Robert Fletcher Rogers, all of New York City, and William B. Kerkam, of Washington, D. C. (Donald Campbell and William J. Dolan, both of New York City, of counsel), for appellee.

Before WARD, ROGERS, and HOUGH, Circuit Judges.

PER CURIAM. Decree affirmed.